# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER DUGGER,** individually and on behalf of all others similarly situated, | } } } } |
| Plaintiff, | } } |
| v. | }    Case No.:  5:17-cv-01326-MHH } |
| **CONVERGENT OUTSOURCING, INC.,** a Washington corporation, | } } } |
| Defendant. | } |

## ORDER

Plaintiff Christopher Dugger and Defendant Convergent Outsourcing, Inc. filed a joint Stipulation of Dismissal.  (Doc. 21).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** as to plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to the putative class members' claims.  Each party shall bear their own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this March 28, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE